

**FILED**

05/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0001

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 21-0001

_____

STATE OF MONTANA,

Plaintiff,

vs.                                                              O R D E R

MICHAEL VOYLES,

Defendant.

_____

Defendant Michael Voyles, via counsel, has moved to disqualify the Honorable Ashley Harada from presiding in Cause No. DC 21-0044 in the Thirteenth Judicial District Court, Yellowstone County, pursuant to § 3-1-805, MCA.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must be filed more than 30 days before the date set for hearing or trial and must be accompanied by a certificate of counsel of record that the affidavit has been made in good faith. Voyles has not filed an affidavit nor has his counsel provided a certificate of good faith.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Ashley Harada from Yellowstone County Cause No. DC 21-0044 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Yellowstone County for notification to all counsel of record in Cause No. DC 21-0044, and to the Honorable Ashley Harada.

DATED this 20th day of May, 2021.

_____
Chief Justice

**FILED**

MAY 2 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana